UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jesus Ventura, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:08-cv-00621 |
| BEBO Foods, Inc., *et al.*, ) | Judge Royce C. Lamberth |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PENDING SETTLEMENT DISCUSSIONS**

Pending settlement discussions, Defendants BEBO Foods, Inc., Galileo Restaurant, RD Trattoria, Inc., BEBO Trattoria Restaurant and Roberto Donna ("Defendants") respectfully move the Court to postpone to May 30, 2008 the deadline by which all Defendants must respond to Plaintiffs' Complaint. All Plaintiffs consent to this motion.

In support of this Motion, Defendants state as follows:

1. On April 10, 2008, Plaintiffs filed the Complaint in this matter.

2. Defendants were served with the Complaint and summonses on or about April 15, 2008. Defendants' current deadlines for responding to the Complaint are twenty days later, on or about May 5, 2008.

3. The parties intend to consult and confer shortly in order to seriously attempt to resolve this dispute.

4. Defendants' current deadlines for responding to the Complaint may significantly jeopardize the parties' settlement efforts and may cause the parties to unnecessarily incur costs.

WHEREFORE, for good cause shown and with all Plaintiffs' consent, Defendants

respectfully move that this Honorable Court grant this Consent Motion for Extension of Time as set forth in the attached proposed Order.

    Respectfully submitted,

    */s/ Joshua A. Fowkes*
    Michael L. Stevens (D.C. Bar No. 384887)
    Samuel K. Charnoff (D.C. Bar No. 426054)
    Joshua A. Fowkes (D.C. Bar No. 494700)
    Arent Fox LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036-5339
    Telephone: (202) 857-6000
    Facsimile: (202) 857-6395
    stevens.michael@arentfox.com
    charnoff.samuel@arentfox.com
    fowkes.joshua@arentfox.com

    *Counsel for Defendants*

Dated: April 29, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April 2008, I caused a copy of the foregoing **DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PENDING SETTLEMENT DISCUSSIONS** to be served by the Clerk of the Court through the electronic filing system on the following:

>Denise M. Clark,
>The Law Office of Denise M. Clark, PLLC
>1250 Connecticut Avenue, NW, Suite 200
>Washington, D.C. 20036

>/s/ *Joshua A. Fowkes*
>Joshua A. Fowkes

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Jesus Ventura, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:08-cv-00621 |
| BEBO Foods, Inc., *et al.*, ) | Judge Lamberth |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER**

In consideration of Defendants' Consent Motion for Extension of Time to Respond to the Complaint Pending Settlement Discussions, it is this ____day of _____ 2008 hereby

**ORDERED** that the Defendants' Consent Motion for Extension of Time to Respond to the Complaint Pending Settlement Discussions is hereby **GRANTED**; and it is further

**ORDERED** that all Defendants' deadlines for responding to the Complaint shall be extended to May 30, 2008.

                                                                                            _____
                                                                                            Honorable Judge Royce C. Lamberth

Copies to:
Michael L. Stevens, Esquire
Samuel K. Charnoff, Esquire
Joshua A. Fowkes, Esquire
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
*Counsel for Defendants*

Denise M. Clark, Esquire
The Law Office of Denise M. Clark, PLLC
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
*Counsel for Plaintiffs*