UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jesus Ventura, *et al.*,                )<br>                                                    )<br>                    Plaintiffs,        )<br>                                                    )<br>v.                                               )<br>                                                    )  Case No. 1:08-cv-00621<br>BEBO Foods, Inc., *et al.*,           )  Judge Royce C. Lamberth<br>                                                    )<br>                    Defendants.     )<br>                                                    ) | |

**DEFENDANTS' COUNSEL'S MOTION FOR LEAVE TO WITHDRAW**

Pursuant to Local Rule 83.6(c), Arent Fox LLP ("Arent Fox") respectfully moves for leave of this Court to withdraw as counsel for Defendants BEBO Foods, Inc., Galileo Restaurant, RD Trattoria, Inc., BEBO Trattoria Restaurant and Roberto Donna ("Defendants"). In support of this Motion, Arent Fox states as follows:

1. Defendants have consented in writing to Arent Fox's withdrawal. In addition, on May 20, 2008, Defendants through their owner, Roberta Donna, informed Arent Fox that they are seeking new counsel. Likewise, pursuant to Local Rule 7(m), Plaintiffs stated that they do not object to Arent Fox's withdrawal.

2. Arent Fox's involvement in this case has been remarkably minimal. Arent Fox agreed to represent Defendants solely for the purposes of trying to facilitate a settlement prior to filing a responsive pleading. To date, Arent Fox has filed only a simple Consent Motion for an Extension of Time to Respond to the Complaint Pending Settlement Negotiations. That Motion merely sought to extend to the deadline for filing a responsive pleading through the end of May. Efforts to resolve the case at an early stage have not yet been successful.

3. The Court has not set a trial date in this matter, and withdrawal would not unduly

LDR225435.1

delay trial of this case. In particular, the Complaint was filed only 41 days ago, and Defendants were served with the Complaint only 36 days ago. Discovery has not begun, and Defendants are currently seeking to retain counsel to represent them in the litigation.

4.  For these same reasons, withdrawal would not unfairly prejudice any party or undermine the interest of justice. In fact, Plaintiffs stated that they do not object to Arent Fox's withdrawal.

For all of these reasons, and with the written consent of Defendants, Arent Fox respectfully moves for an Order permitting it to withdraw. A proposed Order is attached.

Respectfully submitted,

*/s/ Joshua A. Fowkes*
Michael L. Stevens (D.C. Bar No. 384887)
Samuel K. Charnoff (D.C. Bar No. 426054)
Joshua A. Fowkes (D.C. Bar No. 494700)
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
stevens.michael@arentfox.com
charnoff.samuel@arentfox.com
fowkes.joshua@arentfox.com

*Counsel for Defendants*

Dated: May 21, 2008

LDR225435.1

## **CERTIFICATE OF SERVICE**

I certify that on this 21st day of May 2008, I caused a copy of the foregoing **DEFENDANTS' COUNSEL'S MOTION FOR LEAVE TO WITHDRAW** to be served by the Clerk of the Court through the electronic filing system on the following:

> Denise M. Clark,
> The Law Office of Denise M. Clark, PLLC
> 1250 Connecticut Avenue, NW, Suite 200
> Washington, D.C. 20036

I certify that on this 21st day of May 2008, I caused a copy of the foregoing **DEFENDANTS' COUNSEL'S MOTION FOR LEAVE TO WITHDRAW** and a **NOTICE ADVISING DEFENDANTS TO OBTAIN OTHER COUNSEL** to be served by U.S. mail on the following:

> Roberto Donna
> 2250-B Crystal Drive
> Arlington, VA 22202
>
> BEBO Foods, Inc.,
> 1001 New Hampshire Avenue, NW #302
> Washington, D.C. 20037
>
> Galileo Restaurant,
> 1001 New Hampshire Avenue, NW #302
> Washington, D.C. 20037
>
> RD Trattoria, Inc.,
> 1001 New Hampshire Avenue, NW #302
> Washington, D.C. 20037
>
> BEBO Trattoria Restaurant
> 1001 New Hampshire Avenue, NW #302
> Washington, D.C. 20037

> /s/ *Joshua A. Fowkes*
> Joshua A. Fowkes

LDR225435.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jesus Ventura, *et al.*, )<br>　　　　　)<br>　　　　Plaintiffs, )<br>　　　　　)<br>v.　　　　　)<br>　　　　　) Case No. 1:08-cv-00621<br>BEBO Foods, Inc., *et al.*, ) Judge Lamberth<br>　　　　　)<br>　　　　Defendants. )<br>　　　　　) | |

**PROPOSED ORDER**

In consideration of Defendants' Counsel's Motion for Leave to Withdraw, it is this

____day of _____ 2008 hereby

**ORDERED** that Defendants' Counsel's Motion for Leave to Withdraw is hereby

**GRANTED**; and it is further

**ORDERED** that all Defendants' counsel Arent Fox LLP is hereby permitted to withdraw as counsel for Defendants.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Judge Royce C. Lamberth

Copies to:
Michael L. Stevens, Esquire
Samuel K. Charnoff, Esquire
Joshua A. Fowkes, Esquire
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339

Denise M. Clark, Esquire
The Law Office of Denise M. Clark, PLLC
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036

LDR225435.1

Roberto Donna
2250-B Crystal Drive
Arlington, VA 22202

BEBO Foods, Inc.,
1001 New Hampshire Avenue, NW #302
Washington, D.C. 20037

Galileo Restaurant,
1001 New Hampshire Avenue, NW #302
Washington, D.C. 20037

RD Trattoria, Inc.,
1001 New Hampshire Avenue, NW #302
Washington, D.C. 20037

BEBO Trattoria Restaurant
1001 New Hampshire Avenue, NW #302
Washington, D.C. 20037

LDR225435.1