THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESUS VENTURA<br>5313 9th St., NW<br>Washington, DC 20011<br><br>ROSA RIVAS<br>10010 Laurie Place<br>Fairfax, VA 22037<br><br>MOHAMMED DOUAH<br>1500 Massachusetts Ave, NW<br>Apt. #728<br>Washington, DC 20005<br><br>       PLAINTIFFS,<br>  v.<br><br>BEBO FOODS, INC.<br>1101 NEW HAMPSHIRE AVE # 302<br>WASHINGTON, DC 20037<br><br>GALILEO RESTAURANT<br>1110 21st St NW<br>Washington, DC 20036<br><br>RD TRATTORIA, INC.<br>2250-B Crystal Drive<br>Arlington, VA 22202<br><br>BEBO TRATTORIA RESTAURANT<br>2250-B Crystal Drive<br>Arlington, VA 22202<br><br>ROBERTO DONNA<br>7901 Georgetown Pike<br>McLean, Virginia 22102<br><br>       DEFENDANTS. | **Case:  1:08-cv-00621**<br>**Judge: Royce C. Lamberth** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ENTRY OF APPEARANCE**

The Clerk will please enter the appearance of Philip B. Zipin, Esq., The Zipin Law Firm, LLC, as counsel for Defendants in this matter.

Dated: May 30, 2008                                     Respectfully submitted,

                                              _____/s/_____
                                              Philip B. Zipin, Bar No. 367362
                                              The Zipin Law Firm, LLC
                                              8403 Colesville Road, Suite 610
                                              Silver Spring, Maryland 20910
                                              Phone: 301-587-9373
                                              Fax: 301-587-9397
                                              Email: pzipin@zipinlaw.com

                                              *Counsel for Plaintiff*


## **CERTIFICATE OF SERVICE**

      This is to certify that on May 30, 2008, the foregoing Entry of Appearance was served by transmission to the Court's Electronic Filing Service with instructions to serve the following:

Denise M. Clark
The Law Office of Denise M. Clark
1250 Connecticut Ave., N.W.
Suite 200
Washington, D.C. 20036

*Attorney for Plaintiffs*

                                              _____/s/_____
                                              Philip B. Zipin