THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESUS VENTURA <br> 5313 9th St., NW <br> Washington, DC 20011 <br><br> ROSA RIVAS <br> 10010 Laurie Place <br> Fairfax, VA 22037 <br><br> MOHAMMED DOUAH <br> 1500 Massachusetts Ave, NW <br> Apt. #728 <br> Washington, DC 20005 <br><br>     PLAINTIFFS, <br> v. <br><br> BEBO FOODS, INC. <br> 1101 NEW HAMPSHIRE AVE # 302 <br> WASHINGTON, DC 20037 <br><br> GALILEO RESTAURANT <br> 1110 21st St NW <br> Washington, DC 20036 <br><br> RD TRATTORIA, INC. <br> 2250-B Crystal Drive <br> Arlington, VA 22202 <br><br> BEBO TRATTORIA RESTAURANT <br> 2250-B Crystal Drive <br> Arlington, VA 22202 <br><br> ROBERTO DONNA <br> 7901 Georgetown Pike <br> McLean, Virginia 22102 <br><br>     DEFENDANTS. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *     **Case: 1:08-cv-00621** <br> *     **Judge: Royce C. Lamberth** <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANTS' CONSENT MOTION TO EXTEND TIME FOR FILING
RESPONSIVE DOCUMENTS TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendants' Counsel, having requested an extension of time to file responsive documents to Plaintiffs' First Amended Complaint, filed on May 29, 2008, **and received the consent of Plaintiffs' counsel**, seeks leave of the Court: that Defendants' should file responsive documents to Plaintiffs' First Amended Complaint due no later than June 13, 2008.

## POINTS AND AUTHORITIES

1. Rule 6, F.R.Civ.P.
2. LCvR 7.

Respectfully submitted,

_____/s/_____
Philip B. Zipin, Bar No. 367362
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax: 301-587-9397
Email: pzipin@zipinlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2008, a copy of the foregoing Defendants' Consent Motion for an Extension of Time to File Responsive Documents to Plaintiffs' First Amended Complaint, and Proposed Order was served electronically, on:

Denise M. Clark, Esq.
The Law Office of Denise M. Clark
1250 Connecticut Ave., N.W.
Suite 200
Washington, D.C. 20036

*Attorney for Plaintiffs*

_____/s/_____
Philip B. Zipin

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JESUS VENTURA<br>5313 9th St., NW<br>Washington, DC 20011 | *<br>*<br>*<br>* | |
| ROSA RIVAS<br>10010 Laurie Place<br>Fairfax, VA 22037 | *<br>*<br>*<br>* | |
| MOHAMMED DOUAH<br>1500 Massachusetts Ave, NW<br>Apt. #728<br>Washington, DC 20005 | *<br>*<br>*<br>*<br>* | |
| PLAINTIFFS,<br>v. | *<br>*<br>* | **Case:  1:08-cv-00621**<br>**Judge: Royce C. Lamberth** |
| BEBO FOODS, INC.<br>1101 NEW HAMPSHIRE AVE # 302<br>WASHINGTON, DC 20037 | *<br>*<br>*<br>* | |
| GALILEO RESTAURANT<br>1110 21st St NW<br>Washington, DC 20036 | *<br>*<br>*<br>* | |
| RD TRATTORIA, INC.<br>2250-B Crystal Drive<br>Arlington, VA 22202 | *<br>*<br>*<br>* | |
| BEBO TRATTORIA RESTAURANT<br>2250-B Crystal Drive<br>Arlington, VA 22202 | *<br>*<br>*<br>* | |
| ROBERTO DONNA<br>7901 Georgetown Pike<br>McLean, Virginia 22102 | *<br>*<br>*<br>* | |
| DEFENDANTS. | * | |

****************************************************************************

# O R D E R

Upon consideration of the Defendants' Consent Motion to Extend Time for Filing

Responsive Documents to Plaintiffs' First Amended Complaint, and for good cause shown, it is

this _____ day of _____, 2008, by the U.S. District Court for the District of

Columbia,

**ORDERED**, that Defendants' Consent Motion to Extend Time for Filing Responsive

Documents to Plaintiffs' First Amended Complaint is **GRANTED;** and it is further

**ORDERED**, that Defendants must file responsive documents to Plaintiffs' First

Amended Complaint no later than June 13, 2008.

_____
Judge, United States District Court

cc:

Philip B. Zipin, Esq.
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910

Denise M. Clark, Esq.
The Law Office of Denise M. Clark
1250 Connecticut Ave., N.W.
Suite 200
Washington, D.C. 20036