**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Jesus Ventura, *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>BEBO Foods, Inc., *et al.*,  )<br>  )<br>    Defendants.  )<br>_____) | Case No. 1:08-cv-00621<br>Judge Royce C. Lamberth |

**ARENT FOX LLP'S NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.6(b), Arent Fox LLP ("Arent Fox") respectfully notifies this Court and all parties that it withdraws as counsel for Defendants BEBO Foods, Inc., Galileo Restaurant, RD Trattoria, Inc., BEBO Trattoria Restaurant and Roberto Donna ("Defendants").

Arent Fox recently filed a Motion to Withdraw, which Plaintiffs have not opposed. Shortly after Arent Fox filed that Motion, Defendants retained other counsel Philip B. Zipin, who entered an appearance on May 30, 2008 as their counsel. As a result, Arent Fox now notifies the Court and the parties that it withdraws. As stated in its Motion to Withdraw, Arent Fox's withdrawal would not unfairly prejudice any party or undermine the interest of justice.

Respectfully submitted,

*/s/ Joshua A. Fowkes*                  */s/ Roberto Donna*
Michael L. Stevens (D.C. Bar No. 384887)      On Behalf of All Defendants
Samuel K. Charnoff (D.C. Bar No. 426054)
Joshua A. Fowkes (D.C. Bar No. 494700)
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
stevens.michael@arentfox.com
charnoff.samuel@arentfox.com
fowkes.joshua@arentfox.com

## **CERTIFICATE OF SERVICE**

I certify that on this 2nd day of June 2008, I caused a copy of the foregoing **ARENT FOX LLP'S NOTICE OF WITHDRAWAL** to be served by the Clerk of the Court through the electronic filing system on the following:

>Denise M. Clark,
>The Law Office of Denise M. Clark, PLLC
>1250 Connecticut Avenue, NW, Suite 200
>Washington, D.C. 20036

I certify that on this 2nd day of June 2008, I caused a copy of the foregoing **ARENT FOX LLP'S NOTICE OF WITHDRAWAL** to be served by U.S. mail on the following:

>Roberto Donna
>2250-B Crystal Drive
>Arlington, VA 22202
>
>BEBO Foods, Inc.,
>1001 New Hampshire Avenue, NW #302
>Washington, D.C. 20037
>
>Galileo Restaurant,
>1001 New Hampshire Avenue, NW #302
>Washington, D.C. 20037
>
>RD Trattoria, Inc.,
>1001 New Hampshire Avenue, NW #302
>Washington, D.C. 20037
>
>BEBO Trattoria Restaurant
>1001 New Hampshire Avenue, NW #302
>Washington, D.C. 20037

/s/ *Joshua A. Fowkes*
Joshua A. Fowkes