## In The United States District Court For The District Of Columbia

**JESUS VENTURA**  **PLAINTIFF**
Petitioner

vs

**DEFENDANT**
**BEBO TRATTORIA**  Respondent
**RESTAURANT**

**DOCKET NO:**
**1:08-cv-00621**

**AFFIDAVIT OF SERVICE**

Now comes, Alex Hernandez, the undersigned and does hereby swear and affirm, affiant is a Private Process Server and Disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of College Park, Maryland.

I, Alex Hernandez certify that on, **Tuesday, April 15, 2008**, at **4:15 PM**, I served a copy of the within **Summons, Complaint and Exhibits** upon the within named **Bebo Foods, Inc.**, in the following manner,

**(xx) Corporate/Partnership Service:** Through Personal Service of each document, a true copy to **Roberto Donna**, whom based on information and belief affiant knew said individual to be Authorized Agent, a person authorized to accept service on behalf of **Bebo Foods, Inc.**.

Said service was effected at the following location: **2250-B Crystal Drive, Arlington, VA, 22202**.

I, Alex Hernandez describe the individual accepting service **Roberto Donna** as follows: **Roberto Donna** is a Caucasian Male, approximately 45-50 years of age, with Gray hair, approximately 6' 2" and weighing 250-275 lbs pounds.

I, Alex Hernandez certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on
Wednesday, April 16, 2008.

_Christina S. Thompson_
Notary Public
Christina S. Thompson
Comm Exp. 03/01/2011

_Alex Hernandez_
**ALEX HERNANDEZ**
P.O. Box 18647
Washington, DC 20036

## In The United States District Court For The District Of Columbia

**JESUS VENTURA**  **PLAINTIFF**
Petitioner

vs

**BEBO TRATTORIA**  **DEFENDANT**
**RESTAURANT**  Respondent

**DOCKET NO:**
**1:08-cv-00621**

**AFFIDAVIT OF SERVICE**

Now comes, Alex Hernandez, the undersigned and does hereby swear and affirm, affiant is a Private Process Server and Disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of College Park, Maryland.

I, Alex Hernandez certify that on, **Tuesday, April 15, 2008,** at **4:15 PM,** I served a copy of the within *Summons, Complaint and Exhibits* upon the within named **Galileo Restaurant**, in the following manner,

(xx) **Corporate/Partnership Service:** Through Personal Service of each document, a true copy to **Roberto Donna**, whom based on information and belief affiant knew said individual to be Authorized Agent, a person authorized to accept service on behalf of **Galileo Restaurant**.

Said service was effected at the following location: **2250-B Crystal Drive, Arlington, VA, 22202.**

I, Alex Hernandez describe the individual accepting service **Roberto Donna** as follows: **Roberto Donna** is a Caucasian Male, approximately 45-50 years of age, with Gray hair, approximately 6' 2" and weighing 250-275 lbs pounds.

I, Alex Hernandez certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on
Wednesday, April 16, 2008.

_Christina S. Thompson_
Notary Public
Christina S. Thompson
Comm Exp. 03/01/2011

_Alex Hernandez_
**ALEX HERNANDEZ**
P.O. Box 18647
Washington, DC 20036

## In The United States District Court For The District Of Columbia

**JESUS VENTURA**  **PLAINTIFF**
Petitioner

vs

**BEBO TRATTORIA**  **DEFENDANT**
**RESTAURANT**  Respondent

**DOCKET NO:**
**1:08-cv-00621**

**AFFIDAVIT OF SERVICE**

Now comes, Alex Hernandez, the undersigned and does hereby swear and affirm, affiant is a Private Process Server and Disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of College Park, Maryland.

I, Alex Hernandez certify that on, **Tuesday, April 15, 2008**, at **4:15 PM**, I served a copy of the within *Summons, Complaint and Exhibits* upon the within named **Roberto Donna**, in the following manner,

**(xx)**    PERSONAL SERVICE: Through Personal Delivery of each document, a true copy to the party named herein.

Said service was effected at the following location: **2250-B Crystal Drive, Arlington, VA 22202.**

I, Alex Hernandez describe the individual accepting service **Roberto Donna** as follows: **Roberto Donna** is a Caucasian Male, approximately 45-50 years of age, with Gray hair, approximately 6' 2" and weighing 250-275 lbs pounds.

I, Alex Hernandez certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on
Wednesday, April 16, 2008.

*Christina S. Thompson*
Notary Public
Christina S. Thompson
Comm Exp. 03/01/2011

*Alex Hernandez*
**ALEX HERNANDEZ**
P.O. Box 18647
Washington, DC 20036

## In The United States District Court For The District Of Columbia

**JESUS VENTURA**   **PLAINTIFF**
Petitioner

vs

**BEBO TRATTORIA**   **DEFENDANT**
**RESTAURANT**   Respondent

**DOCKET NO:**
**1:08-cv-00621**

**AFFIDAVIT OF SERVICE**

Now comes, Alex Hernandez, the undersigned and does hereby swear and affirm, affiant is a Private Process Server and Disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of College Park, Maryland.

I, Alex Hernandez certify that on, **Tuesday, April 15, 2008**, at **4:15 PM**, I served a copy of the within **Summons, Complaint and Exhibits** upon the within named **Bebo Trattoria Restaurant**, in the following manner,

**(xx)** **Corporate/Partnership Service:** Through Personal Service of each document, a true copy to **Roberto Donna**, whom based on information and belief affiant knew said individual to be Authorized Agent, a person authorized to accept service on behalf of **Bebo Trattoria Restaurant**.

Said service was effected at the following location: **2250-B Crystal Drive, Arlington, VA 22202.**

I, Alex Hernandez describe the individual accepting service **Roberto Donna** as follows: **Roberto Donna** is a Caucasian Male, approximately 45-50 years of age, with Gray hair, approximately 6' 2" and weighing 250-275 lbs pounds.

I, Alex Hernandez certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on
Wednesday, April 16, 2008.

_Christina S. Thompson_
*Notary Public*
Christina S. Thompson
Comm Exp. 03/01/2011

_Alex Hernandez_
**ALEX HERNANDEZ**
P.O. Box 18647
Washington, DC 20036

## In The United States District Court For The District Of Columbia

**JESUS VENTURA**   **PLAINTIFF**
                   Petitioner

vs

**BEBO TRATTORIA**   **DEFENDANT**
**RESTAURANT**       Respondent

**DOCKET NO:**
**1:08-cv-00621**

**AFFIDAVIT OF SERVICE**

Now comes, Alex Hernandez, the undersigned and does hereby swear and affirm, affiant is a Private Process Server and Disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of College Park, Maryland.

I, Alex Hernandez certify that on, **Tuesday, April 15, 2008**, at **4:14 PM**, I served a copy of the within **Summons, Complaint and Exhibits** upon the within named **RD Trattoria, Inc.**, in the following manner,

**(xx) Corporate/Partnership Service:** Through Personal Service of each document, a true copy to **Roberto Donna**, whom based on information and belief affiant knew said individual to be Authorized Agent, a person authorized to accept service on behalf of **RD Trattoria, Inc.**.

Said service was effected at the following location: **2250-B Crystal Drive, Arlington, VA 22202.**

I, Alex Hernandez describe the individual accepting service **Roberto Donna** as follows: **Roberto Donna** is a Caucasian Male, approximately 45-50 years of age, with Gray hair, approximately 6' 2" and weighing 250-275 lbs pounds.

I, Alex Hernandez certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on
Wednesday, April 16, 2008.

_____
*Notary Public*
Christina S. Thompson
Comm Exp. 03/01/2011

_____
**ALEX HERNANDEZ**
P.O. Box 18647
Washington, DC 20036