# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jesus Ventura, *et al.*, <br><br>   Plaintiffs, <br><br>v. <br><br>BEBO Foods, Inc., *et al.*, <br><br>   Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   Case No. 1:08-cv-00621 <br> )   Judge Lamberth <br> ) <br> ) <br> ) |

## ORDER

In consideration of Defendants' Counsel's Motion [3] for Leave to Withdraw, it is this 23rd day of June 2008 hereby

**ORDERED** that Defendants' Counsel's Motion for Leave to Withdraw is hereby **GRANTED**; and it is further

**ORDERED** that all Defendants' counsel Arent Fox LLP is hereby permitted to withdraw as counsel for Defendants.

                _____/s/_____
                Honorable Judge Royce C. Lamberth

<u>Copies to</u>:
Michael L. Stevens, Esquire
Samuel K. Charnoff, Esquire
Joshua A. Fowkes, Esquire
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339

Denise M. Clark, Esquire
The Law Office of Denise M. Clark, PLLC
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036

Roberto Donna
2250-B Crystal Drive
Arlington, VA 22202

BEBO Foods, Inc.,
1001 New Hampshire Avenue, NW #302
Washington, D.C. 20037

Galileo Restaurant,
1001 New Hampshire Avenue, NW #302
Washington, D.C. 20037

RD Trattoria, Inc.,
1001 New Hampshire Avenue, NW #302
Washington, D.C. 20037

BEBO Trattoria Restaurant
1001 New Hampshire Avenue, NW #302
Washington, D.C. 20037