## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JESUS VENTURA, *et al.* | * | |
| | * | |
| PLAINTIFFS, | * | |
| v. | * | **Case: 1:08-cv-00621** |
| | * | **Judge: Royce C. Lamberth** |
| | * | |
| BEBO FOODS, INC., *et al.* | * | |
| | * | |
| DEFENDANTS. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS BEBO FOODS, INC., GALILEO RESTAURANT, RD TRATTORIA, INC., BEBO TRATTORIA RESTAURANT, AND ROBERTO DONNA'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants Bebo Foods, Inc., Galileo Restaurant, RD Trattoria, Inc., Bebo Trattoria Restaurant, and Roberto Donna (collectively, "Defendants"), hereby answer and set forth affirmative defenses to the First Amended Complaint filed by Plaintiffs Jesus Ventura, Rosa Rivas, and Mohammed Douah (collectively, "Plaintiffs") as follows:

With respect to the numbered paragraphs contained in the First Amended Complaint, Defendants state:

1.      Defendants deny the facts set forth in Paragraph 1 of the First Amended Complaint.

2.      Defendants deny the facts set forth in Paragraph 2 of the First Amended Complaint.

3.      Defendants deny the facts set forth in Paragraph 3 of the First Amended Complaint.

4.      Defendants deny the facts set forth in Paragraph 4 of the First Amended Complaint.

5.      Defendants deny the facts set forth in Paragraph 5 of the First Amended Complaint.

6.      Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 6 of the First Amended Complaint.

7.      Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 7 of the First Amended Complaint

8.      Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 8 of the First Amended Complaint.

9.      Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 9 of the First Amended Complaint.

10.      Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 10 of the First Amended Complaint.

11.      Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 11 of the First Amended Complaint.

12.      Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 12 of the First Amended Complaint.

13.      Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 13 of the First Amended Complaint.

14.      Defendants deny the facts set forth in Paragraph 14 of the First Amended Complaint.

15.      Defendants deny the facts set forth in Paragraph 15 of the First Amended Complaint.

16.     Defendants deny the facts set forth in Paragraph 16 of the First Amended Complaint.

17.     Defendants deny the facts set forth in Paragraph 17 of the First Amended Complaint.

18.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 18 of the First Amended Complaint.

19.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 19 of the First Amended Complaint.

20.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 20 of the First Amended Complaint.

21.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 21 of the First Amended Complaint.

22.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 22 of the First Amended Complaint.

23.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 23 of the First Amended Complaint.

24.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 24 of the First Amended Complaint.

25.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 25 of the First Amended Complaint.

26.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 26 of the First Amended Complaint.

27.     Defendants deny the facts set forth in Paragraph 27 of the First Amended Complaint.

28.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 28 of the First Amended Complaint.

29.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 29 of the First Amended Complaint.

30.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 30 of the First Amended Complaint.

31.     Defendants deny the facts set forth in Paragraph 31 of the First Amended Complaint.

32.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 32 of the First Amended Complaint.

33.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 33 of the First Amended Complaint.

34.     Defendants deny the facts set forth in Paragraph 34 of the First Amended Complaint.

35.     Defendants deny the facts set forth in Paragraph 35 of the First Amended Complaint.

36.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 36 f the First Amended Complaint.

37.     Defendants deny the facts set forth in Paragraph 37 of the First Amended Complaint.

38.     Defendants deny the facts set forth in Paragraph 38 of the First Amended Complaint.

39.     Defendants deny the facts set forth in Paragraph 39 of the First Amended Complaint.

40.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 40 of the First Amended Complaint.

41.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 41 of the First Amended Complaint.

42.     Defendants deny the facts set forth in Paragraph 42 of the First Amended Complaint.

43.     Defendants deny the facts set forth in Paragraph 43 of the First Amended Complaint.

44.     Defendants deny the facts set forth in Paragraph 44 of the First Amended Complaint.

45.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 45 of the First Amended Complaint.

46.     Defendants deny the facts set forth in Paragraph 46 of the First Amended Complaint.

47.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 47 of the First Amended Complaint.

48.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 48 of the First Amended Complaint.

49.      Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 49 of the First Amended Complaint.

50.      Defendants deny the facts set forth in Paragraph 50 of the First Amended Complaint.

51.      Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 51 of the First Amended Complaint.

52.      Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 52 of the First Amended Complaint.

53.      Defendants deny the facts set forth in Paragraph 53 of the First Amended Complaint.

54.      Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 54 of the First Amended Complaint.

55.      Defendants deny the facts set forth in Paragraph 55 of the First Amended Complaint.

56.      Defendants deny the facts set forth in Paragraph 56 of the First Amended Complaint.

57.      Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 57 of the First Amended Complaint.

58.      Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 58 of the First Amended Complaint.

59.      Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 59 of the First Amended Complaint.

60.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 60 of the First Amended Complaint.

61.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 61 of the First Amended Complaint.

62.     Defendants deny the facts set forth in Paragraph 62 of the First Amended Complaint.

63.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 63 of the First Amended Complaint.

64.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 64 of the First Amended Complaint.

65.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 65 of the First Amended Complaint.

66.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 66 of the First Amended Complaint.

67.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 67 of the First Amended Complaint.

68.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 68 of the First Amended Complaint.

69.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 69 of the First Amended Complaint.

70.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 70 of the First Amended Complaint.

71.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 71 of the First Amended Complaint.

72.     Defendants deny the facts set forth in Paragraph 72 of the First Amended Complaint.

73.     Defendants deny the facts set forth in Paragraph 73 of the First Amended Complaint.

74.     Defendants deny the facts set forth in Paragraph 74 of the First Amended Complaint.

75.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 75 of the First Amended Complaint.

76.     Defendants deny that they should be required to provide a list of all persons employed by Defendants.

77.     Defendants incorporate herein their responses to Paragraphs 1-77 of the First Amended Complaint.

78.     Defendants deny the facts set forth in Paragraph 78 of the First Amended Complaint.

79.     Defendants deny the facts set forth in Paragraph 79 of the First Amended Complaint.

80.     Defendants deny the facts set forth in Paragraph 80 of the First Amended Complaint.

81.     Defendants deny the facts set forth in Paragraph 81 of the First Amended Complaint.

82.     Defendants deny the facts set forth in Paragraph 82 of the First Amended Complaint.

83.     Defendants deny the facts set forth in Paragraph 83 of the First Amended Complaint.

84.     Defendants incorporate herein their responses to Paragraphs 1-83 of the First Amended Complaint.

85.     Defendants deny the facts set forth in Paragraph 85 of the First Amended Complaint.

86.     Defendants deny the facts set forth in Paragraph 86 of the First Amended Complaint.

87.     Defendants deny the facts set forth in Paragraph 87 of the First Amended Complaint.

88.     Defendants deny the facts set forth in Paragraph 88 of the First Amended Complaint.

89.     Defendants deny the facts set forth in Paragraph 89 of the First Amended Complaint.

90.     Defendants incorporate herein their responses to Paragraphs 1-89 of the First Amended Complaint.

91.     Paragraph 91 of the First Amended Complaint is merely a reference to the FLSA, and therefore requires no answer.

92.     Defendants deny the facts set forth in Paragraph 92 of the First Amended Complaint.

93.     Defendants deny the facts set forth in Paragraph 93 of the First Amended Complaint.

94.     Paragraph 94 of the First Amended Complaint is merely a reference to the FLSA, and therefore requires no answer.

95.     Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 95 of the First Amended Complaint.

96.     Defendants deny the facts set forth in Paragraph 96 of the First Amended Complaint.

97.     Defendants incorporate herein their responses to Paragraphs 1-96 of the First Amended Complaint.

98.     Paragraph 98 of the First Amended Complaint is merely a reference to the D.C. Code §32-1302, and therefore requires no answer.

99.     Defendants deny the facts set forth in Paragraph 99 of the First Amended Complaint.

100.    Defendants are without sufficient knowledge and information to form a belief as to the truth or falsity of Paragraph 100 of the First Amended Complaint.

101.    Defendants deny the facts set forth in Paragraph 101 of the First Amended Complaint.

102.    Defendants deny the facts set forth in Paragraph 102 of the First Amended Complaint.

103.    Defendants deny the facts set forth in Paragraph 103 of the First Amended Complaint.

104.    Defendants incorporate herein their responses to Paragraphs 1-103 of the First Amended Complaint.

105.    Paragraph 105 of the First Amended Complaint is merely a reference to the FLSA, and therefore requires no answer.

106.    Defendants deny the facts set forth in Paragraph 106 of the First Amended Complaint.

107.    Defendants deny the facts set forth in Paragraph 107 of the First Amended Complaint.

108.    Defendants deny the facts set forth in Paragraph 108 of the First Amended Complaint.

109.    Defendants deny the request for relief as set forth in Paragraph 109 of the First Amended Complaint.

110.    Defendants deny the request for relief as set forth in Paragraph 110 of the First Amended Complaint.

111.    Defendants deny the request for relief as set forth in Paragraph 111 of the First Amended Complaint.

112.    Defendants deny the request for relief as set forth in Paragraph 112 of the First Amended Complaint.

113.    Defendants deny the request for relief as set forth in Paragraph 113 of the First Amended Complaint.

114.    Defendants deny the request for relief as set forth in Paragraph 114 of the First Amended Complaint.

115.    Defendants deny the request for relief as set forth in Paragraph 115 of the First Amended Complaint.

116.    Defendants deny the request for relief as set forth in Paragraph 116 of the First Amended Complaint.

117.    Defendants deny the request for relief as set forth in Paragraph 117 of the First Amended Complaint.

Unless specifically admitted herein, each and every allegation of the First Amended Complaint is denied.  For its affirmative defenses, Defendants state:

### FIRST DEFENSE

118.    The Complaint, in whole, or in part, fails to state claims upon which relief can be granted.

### SECOND DEFENSE

119.    Plaintiffs are exempt from the overtime requirement.

### THIRD DEFENSE

120.    Defendants have acted in good faith and in accordance with established law and precedent with respect to Plaintiffs' employment and pay practices.

### FOURTH DEFENSE

121.    Plaintiffs have been properly paid for all hours worked in accordance with applicable wage-hour laws.

### FIFTH DEFENSE

122.    Plaintiffs claims are barred in whole, or in part, by the statute of limitations set forth under the Fair Labor Standards Act, District of Columbia law, and any other applicable law.

Respectfully submitted,


_____/s/_____
Philip B. Zipin, Bar No. 367362
Gregg C. Greenberg, Bar No. MD17291
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax: 301-587-9397
Email: pzipin@zipinlaw.com
        ggreenberg@zipinlaw.com

*Counsel for Defendants*