# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JESUS VENTURA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-621 (RCL) |
| | ) | |
| BEBO FOODS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND JUDGMENT

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' motion [48] for damages is **GRANTED** in part and **DENIED** in part as set forth below; and it is further

**ORDERED** that this action be maintained as a collective action under 29 U.S.C. § 216(b); and it is further

**ORDERED** that plaintiffs' request for consequential damages and prejudgment interest are **DENIED**; and it is further

**ORDERED** that judgment is hereby entered that defendants pay damages as follows:

1. To Igor Vuckovic, defendants must pay $31,529.76 in damages and $31,529.76 in liquidated damages.

2. To Arturo Ramos, defendants must pay $17,888.00 in damages and $17,888.00 in liquidated damages.

3. To Bisera Romic, defendants must pay $4,182.00 in damages and $4,182.00 in liquidated damages.

4. To Tulga Dorjgotov, defendants must pay $5,209.60 in damages and $5,209.60 in liquidated damages.

5.  To Mohamed Douah, defendants must pay $24,685.29 in damages and $24,685.29 in liquidated damages.

6.  To Carlos Sosaya, defendants must pay $16,940.80 in damages and $16,940.80 in liquidated damages.

7.  To Marijana Bosnjak, defendants must pay $14,284.60 in damages and $14,284.60 in liquidated damages.

8.  To Dorde Milojevic, defendants must pay $13,532.60 in damages and $13,532.60 in liquidated damages.

9.  To Jesus Ventura, defendants must pay $21,233.26 in damages and $21,233.26 in liquidated damages.

10. To Rosa Rivas, defendants must pay $29,784.50 in damages and $29,784.50 in liquidated damages.

11. To Hical El Hallou, defendants must pay $7,200.00 in damages and $7,200.00 in liquidated damages.

12. To Elizabeth Scott, defendants must pay $10,609.34 in damages and $10,609.34 in liquidated damages.

13. To Denise M. Clark, Nicole Dafoe, and Michael D. Kirkwood, collectively, defendants must pay $127,765.25 in attorneys' fees, and $4,968.41 in costs.

**SO ORDERED.**

Signed by Royce C. Lamberth, Chief Judge, on December 3, 2010.